```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE PEÑA, *on behalf of himself, individually,
and on behalf of all others similarly situated,*

                      Plaintiff,

-against-

BURNSIDE FOOD CORP. d/b/a C-TOWN
SUPERMARKET, and GEORGE GUZMAN,

                      Defendants.
------------------------------------------------------------x

No. 18-cv-1687(DCF)

**STIPULATION AND
ORDER OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants, and ordered by the Court, that:

      (a)    the parties' settlement, including claims under the Fair Labor Standards Act, is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012);

      (b)    the above-captioned action and all claims that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without costs, disbursements, or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c)     the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement and entering judgement in accordance therewith should that become necessary.

Dated: August 28, 2018
       Uniondale, NY

_____
Eric S. Tilton, Esq.
Tilton Beldner LLP
626 RXR Plaza
Uniondale, NY 11556
(516) 262-3602
*Attorneys for Defendants*

Dated: August 31, 2018
       Great Neck, NY

_____
Taylor M. Ferris, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Blvd., Suite 328
Great Neck, NY 11021
(516) 248-5550
*Attorneys for Plaintiff*

SO ORDERED: 11/8/18

_____
THE HONORABLE DEBRA C. FREEMAN
U.S. MAGISTRATE JUDGE