UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE PEÑA, on behalf of himself, individually, and on behalf of all others similarly situated,

                     Plaintiff,

-against-

BURNSIDE FOOD CORP. d/b/a C-TOWN SUPERMARKET, and GEORGE GUZMAN, an individual,

                     Defendants.

18cv01687 (DF)

**ORDER OF DISMISSAL**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), plaintiff Jose Peña ("Plaintiff") and defendants Burnside Food Corp. and George Guzman, having reached an agreement in principle to resolve the action, have placed their proposed agreement (Dkt. 27-1 (the "Settlement Agreement")), before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). On behalf of the parties, Plaintiff has also submitted a letter (Dkt. 27) explaining why the parties believe the Settlement Agreement is fair, reasonable, and adequate. This Court has reviewed Plaintiff's letter in order to determine whether the Settlement Agreement, which has been fully executed by the parties, represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in Plaintiff's letter, the terms of the Settlement Agreement, and this Court's own familiarity with the strengths and weaknesses of the parties' positions (as became evident

during an arms-length settlement mediation conducted by this Court), it is hereby ORDERED that:

1. The Court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the Settlement Agreement is therefore approved.

2. The Court notes that the parties have executed a Stipulation and Order of Dismissal (*see* Dkt. 27-1, at 11-12), which recites that "the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement and entering judgment in accordance therewith should that become necessary." The Court further notes that, in the Settlement Agreement, the parties have consented to this Court's retention of jurisdiction for the purpose of addressing any dispute "as to the interpretation, application, or violation of the [Settlement] Agreement" (*see* Dkt. 27-1 ¶ 11 ("Disputes; Damages")), and have specifically brought this to the Court's attention in requesting approval of the settlement and adoption of the proposed Stipulation and Order of Dismissal (*see* Dkt. 27, at 8). In order to effectuate the intent of the parties with respect to enforcement, the Court will retain jurisdiction over this matter, solely for the purpose of enforcing the settlement.

3. As a result of the Court's approval of the parties' executed Settlement Agreement, this action is hereby discontinued with prejudice and without costs or fees to any party. The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
      November 8, 2018

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)